# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID STEPHENS, KAITLYN STRAWN, *and* JOHN F. PINCKNEY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CHICK-FIL-A, INC.,<br><br>Defendant. | Case No. 1:23-cv-00964-LMM<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION FOR STAY OF PROCEEDINGS** |

Plaintiffs David Stephens, Kaitlyn Strawn, and John F. Pinckney (together, "Plaintiffs"), and Defendant Chick-fil-A, Inc. ("Defendant"), the parties to the above-captioned action (together, the "Parties"), hereby provide notice that they have reached a settlement in principle in the above-captioned action subject to agreeing to and executing a mutually acceptable settlement agreement and therefore respectfully jointly move this Court for a Stay of Proceedings for 60 days to enable the Parties to draft the settlement paperwork, execute the settlement, and then file a notice of dismissal. Specifically, the Parties request the case be stayed until December 11, 2023, by which date the Parties intend for the notice of dismissal to be filed. In support of this joint motion, the Parties show the Court the following:

1

1. The Parties have reached a settlement in principle in the above-captioned action subject to agreeing to and executing a mutually acceptable settlement agreement.

2. The Parties have met and conferred and agreed to request a Stay of Proceedings until December 11, 2023 in order to allow the Parties to draft and execute a mutually acceptable settlement agreement and then file a notice of dismissal.

3. The Parties make this request in good faith and not for purposes of delay.

4. The Parties appreciate the Court's accommodation thus far and have used this time to settle the matter.

For the above reasons, the Parties respectfully request that the Court enter an Order staying the action until December 11, 2023.

A Proposed Order is attached hereto as Exhibit A.

Respectfully submitted,

Date: October 11, 2023            **REESE LLP**

By: *Michael R. Reese*
Charles D. Moore (*pro hac vice*)
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402

Telephone: (212) 643-0500
Email: *cmoore@reesellp.com*

**REESE LLP**
Michael R. Reese (*pro hac vice*)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Email: *mreese@reesellp.com*

**REESE LLP**
George V. Granade
Georgia Bar No. 559603
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Email: *ggranade@reesellp.com*

**THE JONES LAW FIRM, P.C.**
Robert E. Jones, Esq.
Georgia Bar No. 398206
1100 Peachtree Street, Suite 950
Atlanta, Georgia 30309
Telephone: (404) 877-2345
Email: *rob@robjoneslaw.com*

*Counsel for Plaintiffs*

Date: October 11, 2023            **ALSTON & BIRD LLP**

By:  *Donald M. Houser*
     Donald M. Houser
     Georgia Bar No. 157238
     Erin B. Edwards
     Georgia Bar No. 814706
     One Atlantic Center
     1201 West Peachtree Street

Atlanta, Georgia 30309
Telephone: (404) 881-7000
Email: *donald.houser@alston.com*
*erin.edwards@alston.com*

*Counsel for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, I hereby certify that this document has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

Date: October 11, 2023    Respectfully submitted,

By: *Erin B. Edwards*
Erin B. Edwards
Georgia Bar No. 814706
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Email: *erin.edwards@alston.com*

*Counsel for Chick-fil-A, Inc.*

Case 1:23-cv-00964-LMM   Document 38   Filed 10/11/23   Page 6 of 6

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Date: October 11, 2023			Respectfully submitted,

By: *Erin B. Edwards*
Erin B. Edwards
Georgia Bar No. 814706
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Email: *erin.edwards@alston.com*

*Counsel for Chick-fil-A, Inc.*

6