# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID STEPHENS, KAITLYN STRAWN, *and* JOHN F. PINCKNEY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CHICK-FIL-A, INC.,<br><br>Defendant. | Case No. 1:23-cv-00964-LMM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(i)** |

Pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(i), plaintiffs David Stephens, Kaitlyn Strawn, and John F. Pinckney (collectively "Plaintiffs") hereby voluntarily dismiss their claims and the above-captioned action with prejudice.

Dated: December 7, 2023     Respectfully submitted,

**REESE LLP**
*/s/ Michael R. Reese*
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: *mreese@reesellp.com*

*Counsel for Plaintiffs*